FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 16, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TAYLOR DesCAMP,<br><br>                    Plaintiff,<br><br>         v.<br><br>OLYMPIC PRODUCE, INC.,<br><br>                    Defendant. | No.   2:15-CV-0012-SMJ<br><br>**ORDER DISMISSING CASE** |

On February 9, 2016, the parties filed a stipulation for order of dismissal with prejudice, ECF No. 17, that the Court construes as a motion for stipulated dismissal. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

**1.**    The parties' Construed Motion for Order of Dismissal with Prejudice, **ECF No. 17**, is **GRANTED.**

**2.**    All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

**3.**    All pending motions are **DENIED AS MOOT.**

**4.**    All hearings and other deadlines are **STRICKEN.**

//

ORDER **-** 1

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 16th day of February 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge